UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

EDWARD KINDRICK,

    Plaintiff,

v.

CALIFORNIA STATE AUTOMOBILE ASSOCIATION; et al.,

    Defendants.

3:11-cv-0380-LRH-VPC

ORDER

    Before the court is defendant's renewed petition for removal for diversity jurisdiction. Doc. #94.[1]

    On April 19, 2011, plaintiff Edward Kindrick ("Kindrick") filed a complaint against defendants in state court. Doc. #1, Exhibit A. Defendants removed the action to federal court alleging diversity jurisdiction. Doc. #1. In response, Kindrick filed a motion to remand (Doc. #64) which was granted by the court (Doc. #93). In the court's order, the court found that there was no diversity jurisdiction because one of the named defendants was a resident of Nevada. Doc. #93.

    While on remand, the state court dismissed the Nevada defendant. Thereafter, the sole remaining diverse defendant filed the present renewed petition for removal. Doc. #94. Accordingly, the court shall re-open this action.

---

[1] Refers to the court's docket entry number.

1   IT IS THEREFORE ORDERED that this action, 3:11-cv-0380-LRH-VPC, is RE-OPENED.

2   IT IS SO ORDERED.

3   DATED this 3rd day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE